UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

CASE NO.: 1:07-cv-01534
Date Filed: 00/00/0000

## AFFIDAVIT OF SERVICE

International Painters and
Allied Trades Industry Pension
Fund

      Plaintiff/Petitioner,

vs.

Carlos M. Cruz, individually
and d/b/a Magnum Painting Co.
a/k/a Magnum Painting, et al.

      Defendant/Respondent.

_____/

State of New Jersey
County of Somerset    ss.

I, **Duane Santos**, depose and say that:

I am a comptent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On 12/15/2007 at 08:15 AM, I served the within SUMMONS &COMPLAINT on Carlos M. Cruz c/o Magnum Painting Co., Inc. a/k/a Magnum Painting Company, Inc. at 126 Mapes Ave First Floor Apartment, Newark, NJ 07712 in the manner indicated below:

By leaving a true copy of this process at the within named person's usual place of abode with any person residing therein who is of suitable age and discretion and informing the person of the contents. Deponent mailed a copy of said documents to the above address in a First Class postpaid properly addressed envelope marked, Personal and Confidential, in an official depository under the exclusive care and custody of the United States Post Office in the State of New Jersey on: :

NAME: **Deago Cruz** TITLE/RELATION: Son

I asked the person spoken to if the person served was in the active military service of any of the armed forces of the United States of America or his/her state of residence in any capacity and I received a negative reply.

Description of person served:
Sex: Male – Age: 29 – Skin: Hispanic – Hair: Black – Height: 5'7 – Weight: 180

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn, to and subscribed before me on this
___ day of _____, 20__
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012

X _____
Duane Santos - Process Server
Legal Errands, Inc.
PO Box 24866
Philadelphia, PA 19130
215-751-1124 or 866-877-3783

Atty File#: - Our File# 9319

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

CARLOS M. CRUZ, individually and
d/b/a Magnum Painting Co.
a/k/a Magnum Painting
MAGNUM PAINTING CO., INC.
a/k/a Magnum Painting Company, Inc.

CA:
Case: 1:07-cv-01534
Assigned To : Lamberth, Royce C.
Assign. Date : 8/29/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

CARLOS M. CRUZ, individually and
d/b/a Magnum Painting Co.
a/k/a Magnum Painting
7 Esther Street
Newark, NJ  07105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         AUG 2 9 2007
CLERK                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.