UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

CASE NO.: 1:07-cv-01534
Date Filed: 00/00/0000

## AFFIDAVIT OF SERVICE

**International Painters and
Allied Trades Industry Pension
Fund**

       Plaintiff/Petitioner,

vs.

**Carlos M. Cruz, individually
and d/b/a Magnum Painting Co.
a/k/a Magnum Painting, et al.**

       Defendant/Respondent.
_____/

State of New Jersey
County of Somerset   ss.

I, **Duane Santos**, depose and say that:

I am a comptent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On **12/15/2007** at **08:15 AM**, I served the within **SUMMONS &COMPLAINT** on **Magnum Painting Co., Inc. a/k/a Magnum Painting Company, Inc.** at **126 Mapes Ave First Floor Apartment, Newark, NJ 07712** in the manner indicated below:

By delivering a true copy of this process to **Deago Cruz, Employee of Magnum Painting Co, Inc** of the above named corporation and informing him/her of the contents.

Description of person served:
Sex: Male – Age: 29 – Skin: Hispanic – Hair: Black – Height: 5'7 – Weight: 180

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this ___ day of _____, 20__ by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC

Duane Santos – Process Server
Legal Errands, Inc.
PO Box 24866
Philadelphia, PA  19130
215-751-1124 or 866-877-3783

Atty File#:  –  Our File# 9318

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

CARLOS M. CRUZ, individually and
d/b/a Magnum Painting Co.
a/k/a Magnum Painting
MAGNUM PAINTING CO., INC.
a/k/a Magnum Painting Company, Inc.

Case: 1:07-cv-01534
Assigned To : Lamberth, Royce C.
Assign. Date : 8/29/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)
MAGNUM PAINTING CO., INC.
a/k/a Magnum Painting Company, Inc.
7 Esther Street
Newark, NJ  07105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    AUG 2 9 2007
CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.