IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CARLOS M. CRUZ, et al. )<br>Defendants. ) | CIVIL ACTION NO. 07-1534 (LCR) |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of Kent G. Cprek, Esquire on behalf of the Plaintiff in the above-referenced matter.

Respectfully submitted,

s/ Kent G. Cprek
KENT G. CPREK, ESQUIRE
(I.D. NO. 478231)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611
Attorney for Plaintiff

Date: January 7, 2008

192094-1