# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 07-1534 (LCR) |
| v. | ) ) | |
| CARLOS M. CRUZ, *et al.* | ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF RETURN OF SERVICE

TO THE CLERK:

Please enter the Return of Service attached to this notice.

Respectfully submitted,

JENNINGS SIGMOND

BY: /s Kent G. Cprek

KENT G. CPREK
D.C. Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615

Counsel for Plaintiff

Dated: January 7, 2008

192094-1

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

CASE NO.: 1:07-cv-01534
Date Filed: 00/00/0000

### AFFIDAVIT OF SERVICE

International Painters and
Allied Trades Industry Pension
Fund

       Plaintiff/Petitioner,

vs.

Carlos M. Cruz, individually
and d/b/a Magnum Painting Co.
a/k/a Magnum Painting, et al.

       Defendant/Respondent.

_____/

State of New Jersey
County of Somerset    ss.

I, **Duane Santos**, depose and say that:

I am a comptent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On **12/15/2007 at 08:15 AM**, I served the within **SUMMONS & COMPLAINT** on **Magnum Painting Co., Inc. a/k/a Magnum Painting Company, Inc.** at **126 Mapes Ave First Floor Apartment, Newark, NJ 07712** in the manner indicated below:

By delivering a true copy of this process to **Deago Cruz, Employee of Magnum Painting Co, Inc** of the above named corporation and informing him/her of the contents.

Description of person served:
**Sex: Male − Age: 29 − Skin: Hispanic − Hair: Black − Height: 5'7 − Weight: 180**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

X _____
Duane Santos − Process Server
Legal Errands, Inc.
PO Box 24866
Philadelphia, PA  19130
215-751-1124 or 866-877-3783

Sworn to and subscribed before me on this
_____ day of _____, 20____
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC

Atty File#:  − Our File# 9318

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

CARLOS M. CRUZ, individually and
d/b/a Magnum Painting Co.
a/k/a Magnum Painting
MAGNUM PAINTING CO., INC.
a/k/a Magnum Painting Company, Inc.

Case: 1:07-cv-01534
Assigned To : Lamberth, Royce C.
Assign. Date : 8/29/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

MAGNUM PAINTING CO., INC.
a/k/a Magnum Painting Company, Inc.
7 Esther Street
Newark, NJ 07105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

AUG 2 9 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                         Date                                    *Signature of Server*


_____
                                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.