IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> CARLOS M. CRUZ, *et al.* <br><br> Defendants. | ) ) ) ) ) CIVIL ACTION NO. 07-1534 (LCR) ) ) ) ) |

### REQUEST TO CLERK TO ENTER
### DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendants, Carlos M. Cruz, d/b/a Magnum Painting Co. a/k/a Magnum Painting and Magnum Painting Co., Inc. a/k/a Magnum Painting Company, Inc. for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Philip A. Lozano.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:/s/   Kent G. Cprek
KENT G. CPREK
Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615
Date: January 8, 2008          Attorney for Plaintiff

OF COUNSEL:

PHILIP A. LOZANO
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669

192105-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND  )<br>)<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>CARLOS M. CRUZ, *et al.*  )<br>Defendants.  ) | CIVIL ACTION NO. 07-1534 (LCR) |

### DECLARATION OF PHILIP A. LOZANO, ESQUIRE
### FOR ENTRY OF DEFAULT

Philip A. Lozano, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendants, Carlos M. Cruz, d/b/a Magnum Painting Co. a/k/a Magnum Painting and Magnum Painting Co., Inc. a/k/a Magnum Painting Company, Inc. on December 15, 2007 by Duane Santos, Process Server, who served Deago Cruz at 126 Mapes Ave, First Floor Apartment, Newark, NJ 07712. The Return of Service has been duly docketed with the Court.

3. The time in which Defendants may answer or otherwise move as to the Complaint has expired.

4. Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

5. Neither of the Defendants is an infant or an incompetent person and, as a

192105-1

company, Magnum Painting Co., Inc. a/k/a Magnum Painting Company, Inc. is not in the military service.

        I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

        s/    Philip A. Lozano
        PHILIP A. LOZANO, ESQUIRE

Date: January 8, 2008

192105-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 07-1534 (LCR) |
| v. | ) ) | |
| CARLOS M. CRUZ, *et al.* | ) | |
| Defendants. | ) | |

## DECLARATION OF NON-MILITARY SERVICE

PHILIP A. LOZANO, ESQUIRE, declares that he is legal counsel for the Plaintiff in the above-captioned matter, and that Defendant, Carlos M. Cruz, is not in the military or naval service of the United States or its allies, nor otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

        I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

        s/_____Philip A. Lozano_____
        PHILIP A. LOZANO, ESQUIRE

Date: January 8, 2008

192105-1

## CERTIFICATE OF SERVICE

I, PHILIP A. LOZANO, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Carols M. Cruz
c/o Magnum Painting Co., Inc.
a/k/a Magnum Painting Company, Inc.
126 Mapes Ave, First Floor Apartment
Newark, NJ 07712

Magnum Painting Co., Inc.
a/k/a Magnum Painting Company, Inc.
126 Mapes Ave First Floor Apartment
Newark, NJ 07712

s/   Philip A. Lozano
PHILIP A. LOZANO, ESQUIRE

Date: January 8, 2008

192105-1