Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED TRADES
INDUSTRY PENSION FUND

Plaintiff(s)

v.

Civil Action No. 07-1534 (RCL)

CARLOS M. CRUZ, et al

Defendant(s)

RE: CARLOS M. CRUZ
Individually
d/b/a MAGNUM PAINTING CO.
a/k/a MAGNUM PAINTING

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on December 15, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 9th day of January, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk